

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00097-CV

_____

HOWARD W. MCGEE, Appellant

V.

ABDIRAHMAN ABDIRIZAK D/B/A NFI TRANSPORTATION, Appellee

---

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-309162-19

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

# MEMORANDUM OPINION

The trial court signed an order on Appellee's motion for summary judgment on September 16, 2020, and Appellant's motion for new trial extended the deadline to file a notice of appeal to December 15, 2020. *See* Tex. R. App. P. 26.1(a) (setting out deadlines to file notice of appeal). Appellant filed a notice of appeal several months later, on April 6, 2021.

Because a timely filed notice of appeal is required to invoke our jurisdiction, *Budri v. Humphreys*, No. 02-20-00345-CV, 2020 WL 7393735, at *1 (Tex. App.—Fort Worth Dec. 17, 2020, no pet.) (mem. op.), we notified Appellant of our concern that we lack jurisdiction over the appeal and gave him 10 days to file a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3 (providing that a court of appeals must not dismiss an appeal for formal defects or irregularities in appellate procedure without allowing a reasonable time to correct or amend the defects or irregularities); *see also* Tex. R. App. P. 42.3(a) (providing for involuntary dismissal for want of jurisdiction).

Appellant has not responded. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered: May 20, 2021